Fill in this information to identify the case:
Debtor name    **PC Acquisition, LLC**
United States Bankruptcy Court for the:    **EASTERN DISTRICT OF MICHIGAN**
Case number (if known):    **16-53191**

■ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Battle Creek Realty 23540 Reynolds Court Clinton Township, MI 48036 | markkrueger@denmarkmanagement.com | Business debt | | | | $303.45 |
| Capitol Supply & Service 51895 Chesterfield Rd New Baltimore, MI 48051 | paulav@capitolsupply.org | Business debt | | | | $0.00 |
| Clinton Township Treasurer 40700 Romeo Plank Road Clinton Township, MI 48038 | William Sowerby treasurer@clintontownship.com | Property Taxes | | $67,314.01 | $0.00 | $67,314.01 |
| Columbus Township Treasurer 1732 Bauman Rd. Columbus, MI 48063 | Phoebe Duncan treasurer@columbustwp.org | Business debt | | | | $120.94 |
| Denmark Management 23540 Reynolds Court Court Clinton Township, MI 48036 | mailto:markkrueger@denmarkmanagement.com | Business debt | | | | $41,594.60 |
| Fuhrman Electric 9338 North 450 West Decatur, IN 46733 | tokorte@yahoo.com | Business debt | | | | $2,305.00 |
| Jaffe Raitt Heuer & Weiss, P.C. 2777 Franklin Road, Suite 2500 Southfield, MI 48086 | Steven Schafer sschafer@jaffelaw.com 248-727-1447 | legal services | | | | $732,784.51 |

| Debtor | PC Acquisition, LLC | Case number (if known) | 16-53191 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Krueger Companies**<br>23540 Reynolds<br>Clinton Township, MI 48036 | roanoke24@yahoo.com | **Business debt** | | | | $3,750.00 |
| **Macomb County Treasurer's Office**<br>Ted B. Wahby Treasurer<br>1 South Main St. 2nd Floor<br>Mount Clemens, MI 48043 | Derek E. Miller<br><br>treasurer@macombgov.com | | | Unknown | $0.00 | Unknown |
| **Park Capital Investments, LLC**<br>c/o Gregg Williams, R.A.<br>2280 E West Maple Road<br>Walled Lake, MI 48390 | Brian Moore<br><br>BMoore@dykema.com<br>248-203-0700 | | **Contingent Unliquidated Disputed** | $8,942,098.76 | $0.00 | $8,942,098.76 |
| **PCI Calhoun/Clinton, LLC**<br>c/o Gregg Williams, R.A.<br>2280 E West Maple Road<br>Walled Lake, MI 48390 | Brian Moore<br><br>BMoore@dykema.com<br>248-203-0700 | | **Contingent Unliquidated Disputed** | $8,942,098.76 | $0.00 | $8,942,098.76 |
| **PCI Elms, LLC**<br>c/o Gregg Williams, R.A.<br>2280 E West Maple Road<br>Walled Lake, MI 48390 | Brian Moore<br><br>BMoore@dykema.com<br>248-203-0700 | | **Contingent Unliquidated Disputed** | $8,942,098.76 | $0.00 | $8,942,098.76 |
| **PCI Macomb, LLC**<br>c/o Gregg Williams, R.A.<br>2280 E West Maple Road<br>Walled Lake, MI 48390 | Brian Moore<br><br>BMoore@dykema.com<br>248-203-0700 | | **Contingent Unliquidated Disputed** | $8,942,098.76 | $0.00 | $8,942,098.76 |
| **PCI West Michigan, LLC**<br>c/o Gregg Williams, R.A.<br>2280 E West Maple Road<br>Walled Lake, MI 48390 | Brian Moore<br><br>BMoore@dykema.com<br>248-203-0700 | | **Contingent Unliquidated Disputed** | $8,942,098.76 | $0.00 | $8,942,098.76 |

| Debtor | PC Acquisition, LLC | | Case number *(if known)* | 16-53191 | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Steuben County Treasurer**<br>317 S Wayne St.<br>STE 2-K Angola<br>Angola, IN 46703 | **Laurie Stoy**<br><br>mkleeberg@co.steuben.in.us | | | $1,656.66 | $0.00 | $1,656.66 |
| **Thetford Township**<br>4014 E. Vienna Road Clio<br>Clio, MI 48420 | **Shelly Ayotte**<br><br>dtreas@thettwp.com | | | $5.80 | $0.00 | $5.80 |
| **Xtremebob Construction Services**<br>4157 E. 1250 North Wheatfiel<br>Wheatfield, IN 46392 | (219) 916-3304 | **Business debt** | | | | $43,125.00 |